IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SARAH J. RADER                                                                           PLAINTIFF

v.                              NO.  5:07cv00318 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the decision of the Commissioner and dismissing this action, with prejudice.

IT IS SO ORDERED this 2nd day of December, 2008.


                                                         /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE